UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ELAINA JUNO,

                Plaintiff,

          -against-

FRANK BISGNANO, COMMISSIONER OF
THE SOCIAL SECURITY ADMINISTRATION,[1]

                Defendant.

-------------------------------------x

**MEMORANDUM & ORDER**
23-CV-7378 (EK)(VMS)

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Scanlon's Report and Recommendation (R&R) dated January 30, 2026.  ECF No. 18.  Judge Scanlon recommends that the Court grant plaintiff's motion for attorney's fees, ECF No. 16, that plaintiff's counsel be awarded $31,164.00 in fees pursuant to 42 U.S.C. § 406(b), and that counsel reimburse plaintiff $6,950.00 in fees received under the Equal Access to Justice Act.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Scanlon's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Bisignano is substituted for Kilolo Kijakazi, former Commissioner of Social Security, as the defendant in this suit.  *See* 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, the motion for attorney's fees is granted, and plaintiff's counsel is awarded $31,164.00 pursuant to 42 U.S.C. § 406(b). Counsel should reimburse plaintiff any fees received under the Equal Access to Justice Act.

SO ORDERED.

  /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    February 18, 2026
          Brooklyn, New York